

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00187-CV

| | | |
|---|---|---|
| IN THE MATTER OF THE GUARDIANSHIP OF MAY K. JONES, AN INCAPACITATED PERSON | § | On Appeal from Probate Court |
| | § | of Denton County (PR-2014-00591-01) |
| | § | April 16, 2020 |
| | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
    Justice Dana Womack